**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

VERNA A. MARSHALL                                                                      PLAINTIFF

V.                                         NO. 4:11CV00228-JTR

MICHAEL J. ASTRUE,                                                                    DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED THIS 23rd DAY OF January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE